## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **WFR IP, LLC,**<br>　　**Plaintiff,** | **Civil Action No. 4:24-cv-00403** |
| **v.** | |
| **NEWEGG COMMERCE, INC.,**<br>　　**Defendant** | **JURY TRIAL DEMANDED** |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT

Plaintiff, WFR IP, LLC ("WFR" or "Plaintiff") files this Unopposed Motion for Extension of Time for Defendant, Newegg Commerce, Inc. ("Newegg" or "Defendant") to Answer or Respond to Complaint and respectfully shows the following:

Plaintiff filed its Complaint on February 2, 2024 (Dkt. No. 1) and served Defendant on February 6, 2024. Defendant's response is due February 27, 2024. Defendant has requested a 45-day extension to respond on or before April 12, 2024, and more needs time to prepare to defend the matter and/or explore early resolution opportunities. Plaintiff does not oppose this request.

Wherefore, Plaintiff respectfully requests that the Court grant this motion and enter an order extending the deadline for Defendant to answer or otherwise respond to the Complaint to April 12, 2024.

Respectfully Submitted

**Ramey LLP**

*/s/William P. Ramey, III*
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

***Attorneys for WFR IP, LLC***

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rules, counsel for Plaintiff, conferred with counsel for defendant on February 23 and 26, 2024. Plaintiff is unopposed to the extension.

*/s/ William P. Ramey, III*
William P. Ramey, III

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of February 26, 2024, with a copy of the foregoing via CM/ECF Filing.

*/s/ William P. Ramey, III*
William P. Ramey, III