IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WFR IP, LLC,<br>　　　Plaintiff,<br><br>v.<br><br>NEWEGG COMMERCE, INC.,<br>　　　Defendant | Civil Action No. 4:24-cv-00403<br><br><br>JURY TRIAL DEMANDED |

ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO
ANSWER OR RESPOND TO COMPLAINT

This Court, having considered Plaintiff's Unopposed Motion for Extension of Time for Defendant to Answer or Respond to Plaintiff's Original Complaint (the "Motion"), hereby GRANTS the Motion and ORDERS the following:

Defendant's deadline to answer or otherwise respond to the Complaint is extended to April 12, 2024.

SIGNED this _____ day of _____ 2024.


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE JUDGE PRESIDING