IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WFR IP, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>NEWEGG COMMERCE, INC.,<br><br>        Defendant. | Civil Action No. 4:24-CV-00403-GCH |

**DEFENDANT'S FOURTH UNOPPOSED MOTION FOR EXTENSION
OF TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND
TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT**

    Defendant Newegg Commerce, Inc. ("Newegg") respectfully moves the Court for an order extending the time for Newegg to move, answer, or otherwise respond to Plaintiff WFR IP, LLC's ("WFR IP") Complaint for Patent Infringement and would show the Court as follows:

    Pursuant to the Court's Order Granting Plaintiff's Third Unopposed Motion for Extension of Time for Defendant to Answer or Respond to Complaint (Dkt. No. 14), the deadline for Newegg to move, answer, or otherwise respond to WFR IP's Complaint for Patent Infringement ("Complaint") is June 3, 2024. *See* Dkt. No. 14. At this time, Newegg requests a 30-day extension of time up to and including July 3, 2024, to move, answer, or otherwise respond to WFR IP's Complaint.

    Good cause exists for this 30-day extension of time to move, answer, or otherwise respond to WFR IP's Complaint. The Parties are diligently meeting and conferring in order to resolve this matter without the need for the Court's intervention. This 30-day extension will ensure that WFR IP and Newegg have adequate time to conduct further meet and confers to potentially resolve this matter.

Newegg represents that this extension is not sought for the purposes of delay but rather so that justice may be served. Counsel for Newegg met and conferred with counsel for WFR IP, and counsel for WFR IP indicated that WFR IP is unopposed to the relief sought in this Motion.

Accordingly, Newegg respectfully requests that the Court grant this Unopposed Motion and enter an order extending the time in which Newegg is required to move, answer, or otherwise respond to WFR IP's Complaint from June 3, 2024, up to and including July 3, 2024.

Dated: May 24, 2024                                  Respectfully submitted,

 /s/ *Melissa R. Smith*
_____
Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorney for Defendant*
*Newegg Commerce, Inc.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Newegg met and conferred with counsel for WFR IP to discuss the substantive issues addressed in this Motion pursuant to Section 6(C)(2) of Judge George C. Hanks, Jr.'s Court Procedures. Counsel for WFR IP indicated that WFR IP is unopposed to the relief sought in this Motion.

        */s/ Melissa R. Smith*
        Melissa R. Smith

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document *via* the Court's CM/ECF system on May 24, 2024.

        */s/ Melissa R. Smith*
        Melissa R. Smith